UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DONNI GRANADOS,

    Plaintiff,

v.

GORGE RECOVERY SERVICE, INC.,

    Defendant.

NO. CV-10-3011-RHW

**ORDER OF DISMISSAL**

Before the Court is the parties' Joint Motion to Dismiss with Prejudice Pursuant to Settlement (Ct. Rec. 9). The parties inform the Court that they have settled the above-captioned matter, and seek an order of dismissal with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss with Prejudice Pursuant to Settlement (Ct. Rec. 9) is **GRANTED.**

2. The above-captioned matter is **dismissed with prejudice**, without costs or fees to either party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 1st day of July, 2010.

              *s/Robert H. Whaley*
             ROBERT H. WHALEY
            United States District Judge

Q:\CIVIL\2010\Granados.dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1